**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Colorado
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Statera Biopharma, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Cytocom, Inc.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   20-0077155 EIN

5. **Debtor's address**

   **Principal place of business**

   2537 Research Blvd. Ste. 201
   Number  Street

   Fort Collins  CO  80526
   City          State  ZIP Code

   Larimer
   County

   **Mailing address, if different**

   _____
   Number  Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number  Street

   _____
   City    State    ZIP Code

Debtor __Statera Biopharma, Inc._____  Case number *(if known)*_____
       *Name*

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | https://www.staterabiopharma.com/ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❏ Partnership (excluding LLP)<br>❏ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. § 101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the types of business listed.<br>❏ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ■ No<br>❏ Yes. Debtor _____  Relationship _____<br>    District _____ Date filed _____ Case number, if known_____<br>                                      MM / DD / YYYY<br>    Debtor _____  Relationship _____<br>    District _____ Date filed _____ Case number, if known_____<br>                                      MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ■ No<br>❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

Debtor  Statera Biopharma, Inc.
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Noreen Griffin | Notes; Unpaid wages and severance | $ 787,812.15 |
| Stephen Wilson | Unpaid wages and severance | $ 643,591.65 |
| Peter Aronstam | Unpaid wages and severance | $ 661,800.00 |
| | Total of petitioners' claims | $ 2,093,203.80 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Noreen Griffin
Name

100  S. Eola Drive Unit 1703
Number  Street

Orlando                    FL        32801
City                       State     ZIP Code

Name and mailing address of petitioner's representative, if any

Noreen McGurrin Griffin
Name

100 S Eola Dr
Number  Street

Orlando                    Fl        32801
City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08  16  2022
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Timothy M. Swanson
Printed name

Moye White LLP
Firm name, if any

1400  16th Street, Suite 600
Number  Street

Denver                     CO        80202
City                       State     ZIP Code

Contact phone  303-292-2900   Email  tim.swanson@moyewhite.com

Bar number  47267

State  CO

X _____
Signature of attorney

Date signed  8 / 16 / 2022
            MM / DD / YYYY

Debtor  Statera Biopharma, Inc.

Case number (if known) _____

---

**Name and mailing address of petitioner**

Name: Stephen Wilson
Number Street: 5229 Brickfield Lane
City: San Diego  State: CA  ZIP Code: 92130

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name: Timothy M. Swanson
Firm name, if any: Moye White LLP
Number Street: 1400 16th Street, Suite 600
City: Denver  State: CO  ZIP Code: 80202
Contact phone: 303-292-2900  Email: tim.swanson@moyewhite.com
Bar number: 47267
State: CO

X _____
Signature of attorney

Date signed ___/___/_____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Peter Aronstam
Number Street: 5950 Catesby Street
City: Boca Raton  State: FL  ZIP Code: 33433

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/16/2022 (MM/DD/YYYY)

X *P. A[signature]*
Signature of petitioner or representative, including representative's title

Printed name: Tim Swanson
Firm name, if any: Moye White LLP
Number Street: 1400 16th Street, Suite 600
City: Denver  State: CO  ZIP Code: 80202
Contact phone: 303-292-2900  Email: tim.swanson@moyewhite.com
Bar number: 47267
State: CO

X *[signature]*
Signature of attorney

Date signed 8/16/2022 (MM/DD/YYYY)

---

Official Form 205  Involuntary Petition Against a Non-Individual  page 4

Debtor   Statera Biopharma, Inc.
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Stephen Wilson
Name

5229 Brickfield Lane
Number   Street

San Diego   CA   92130
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City   State   ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 16 / 2022
MM / DD / YYYY

X _____(signed)_____
Signature of petitioner or representative, including representative's title

Timothy M. Swanson
Printed name

Moye White LLP
Firm name, if any

1400   16th Street, Suite 600
Number   Street

Denver   CO   80202
City   State   ZIP Code

Contact phone  303-292-2900   Email  tim.swanson@moyewhite.com

Bar number  47267

State  CO

X _____(signed)_____
Signature of attorney

Date signed  8/16/2022
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Peter Aronstam
Name

5950 Catesby Street
Number   Street

Boca Raton   FL   33433
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City   State   ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Tim Swanson
Printed name

Moye White LLP
Firm name, if any

1400   16th Street, Suite 600
Number   Street

Denver   CO   80202
City   State   ZIP Code

Contact phone  303-292-2900   Email  tim.swanson@moyewhite.com

Bar number  47267

State  CO

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 4