B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District of Colorado

In re __Statera Biopharma, Inc.__,   )   Case No. __22-13051-JGR__
            Debtor*  )
                                            )   Chapter __11__
                                            )

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

     A petition under title 11, United States Code was filed against you in this bankruptcy court on __August 16, 2022__ (date), requesting an order for relief under chapter __11__ of the Bankruptcy Code (title 11 of the United States Code).

     YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                      Address of the clerk:  721 19th Street
                                             Denver, CO 80202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

         Name and Address of Petitioner's Attorney:  Timothy M. Swanson
                                                              Moye White LLP
                                                              1400 16th Street, Suite 600
                                                              Denver, CO 80202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                     __Kenneth S. Gardner__  (Clerk of the Bankruptcy Court)

Date: __August 17, 2022__    By: __Margaret Muff__  (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

    Print Name: _____

    Business Address: _____

                     _____