B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, KEVIN S. DUNN (name), certify that on 8/17/2022 AT 3:30 PM (date), I served this summons and a copy of the involuntary petition on STATERA BIOPHARMA, INC. (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

C/O LEXISNEXIS DOCUMENT SOLUTIONS INC.
at 251 LITTLE FALLS DR. WILMINGTON, DE
as Registered Agent. Accepted by Lynanne Gares (managing agent)
at 3:30 pm

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 8/17/2022        Signature _____

Print Name:          KEVIN S. DUNN
                     BRANDYWINE PROCESS SERVERS, LTD
Business Address:    PO BOX 1360 WILMINGTON, DE 19899
                     302-475-2600

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District of Colorado

In re  Statera Biopharma, Inc.  ,                    Case No.  22-13051-JGR
       Debtor*
                                                     Chapter  11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __August 16, 2022__ (date), requesting an order for relief under chapter __11__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:  721 19th Street
    Denver, CO 80202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Timothy M. Swanson
Moye White LLP
1400 16th Street, Suite 600
Denver, CO 80202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Kenneth S. Gardner  (Clerk of the Bankruptcy Court)

Date: August 17, 2022    By:  Margaret Muff  (Deputy Clerk)

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).