IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>STATERA BIOPHARMA, INC.<br><br>Debtor. | Case No. 22-13051<br><br>Chapter 11 |

### JOINDER TO INVOLUNTARY PETITION

**PART 3: Report About the Case**

**Question 10.  Venue**

Check one:

[X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

[ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**Question 11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

[X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

[ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**Question 12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

[X] No

1

☐ Yes.  Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**Question 13.  Each petitioner's claim**

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kelly Wilson | Unpaid Wages and Severance | $131,909.00 |

**[INTENTIONAL PAGE BREAK – PART 4 REQUEST FOR RELIEF FOLLOWS]**

2

4891-3565-0862.v1

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioner or Petitioner's Representative | Attorneys for Petitioner |
|---|---|

**Name and mailing address of petitioner**

Name: Kelly Wilson

Number Street: 1727 Lake Berry Drive

City: Winter Park    State: FL    ZIP Code: 32789

Printed Name: _____

Firm name, if any: _____

Number Street: _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's, if any**

Name: _____

Number Street: _____

City _____ State _____ ZIP Code _____

Contact Phone _____ Email _____

Bar Number _____

x _____
Signature of attorney

*I declare under the penalty of perjury that the foregoing true and correct.*

Date signed _____
MM / DD / YYYY

Executed on  August 18 , 2022

x /s/ Kelly Wilson
Signature of petitioner or petitioner's representative, including representative's title

3

4891-3565-0862.v1