IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STATERA BIOPHARMA, INC. ) | Case No. 22-13051-JGR |
| ) | |
| ) | Chapter 11 |
| Involuntary Debtor.[1] ) | |
| ) | |

## SECOND NOTICE OF RECEIPT OF ADDITIONAL JOINDERS TO INVOLUNTARY PETITION

**PLEASE TAKE NOTICE THAT** the undersigned received several Joinders to Involuntary Petition from various other creditors which each allege that all such creditors have unpaid claims against Statera Biopharma, Inc., in accordance with 11 U.S.C. § 303(b):

Exhibit 1 – Joinder of Immune Therapeutics, Inc.

Exhibit 2 – Joinder of Tiberend Strategic Advisors, Inc.

Exhibit 3 – Joinder of Latitude Pharmaceuticals, Inc.

**PLEASE TAKE FURTHER NOTICE THAT** for the avoidance of doubt, the undersigned do *not* represent any of the joining parties in Exhibits 1-3 and are merely filing such joinders as a courtesy to the joining parties and in furtherance for entry of the order for relief against Statera Biopharma, Inc.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

---

[1] An involuntary petition was filed against Statera Biopharma, Inc., on August 16, 2022.  No order for relief has been entered against Statera Biopharma, Inc.

| | |
|---|---|
| Dated: August 28, 2021. | Respectfully submitted, |

                **MOYE WHITE LLP**

                By: */s/Timothy M. Swanson*
                Timothy M. Swanson (Colorado No. 47267)
                MOYE WHITE LLP
                1400 16th Street 6th Floor
                Denver, Colorado 80202-1486
                Tel: (303) 292-2900
                Fax: (303) 292 4510
                Tim.Swanson@moyewhite.com
                *Counsel to Petitioning Creditors Noreen Griffin, Peter Aronstam, and Stephen Wilson*

                --and--

                Craig M. Geno
                Law Offices of Craig M. Geno, PLLC
                587 Highland Colony Parkway
                Ridgeland, Mississippi 39157
                Tel: (601) 427-0048
                Fax: (601) 427-0050
                cmgeno@cmgenolaw.com
                *Counsel to Petitioning Creditors Noreen Griffin, Peter Aronstam, and Stephen Wilson*

4856-5682-5904.1