IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STATERA BIOPHARMA, INC. ) | Case No. 22-13051-JGR |
| ) | |
| ) | Chapter 11 |
| Involuntary Debtor.[1] ) | |
| ) | |

**THIRD NOTICE OF RECEIPT OF ADDITIONAL JOINDERS TO INVOLUNTARY PETITION**

**PLEASE TAKE NOTICE THAT** the undersigned received several Joinders to Involuntary Petition from various other creditors which each allege that all such creditors have unpaid claims against Statera Biopharma, Inc., in accordance with 11 U.S.C. § 303(b):

Exhibit 1 – Joinder of Thomas Walsh

Exhibit 2 – Joinder of Taunia Marvicka

Exhibit 3 – Joinder of Fengping Shan

Exhibit 4 – Joinder of Yuane Shan

**PLEASE TAKE FURTHER NOTICE THAT** for the avoidance of doubt, the undersigned do ***not*** represent any of the joining parties in Exhibits 1-4 and are merely filing such joinders as a courtesy to the joining parties and in furtherance for entry of the order for relief against Statera Biopharma, Inc.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

---

[1] An involuntary petition was filed against Statera Biopharma, Inc., on August 16, 2022. No order for relief has been entered against Statera Biopharma, Inc.

4877-3816-9648.1

Dated: September 1, 2021.	Respectfully submitted,

**MOYE WHITE LLP**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street 6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Petitioning Creditors Noreen Griffin, Peter Aronstam, and Stephen Wilson*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Petitioning Creditors Noreen Griffin, Peter Aronstam, and Stephen Wilson*