# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**STATERA BIOPHARMA, INC.**<br><br>Debtor. | Case No. _____<br><br>Chapter 11 |

## JOINDER TO INVOLUNTARY PETITION

**PART 3: Report About the Case**

**Question 10. Venue**

    Check one:

[X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

[ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**Question 11. Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

[X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

[ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**Question 12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

[X] No

1

4891-3565-0862.v1

2

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**Question 13. Each petitioner's claim**

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Yuanye Shan | Unpaid Wages and Stocks | $5,000 and 40,000 shares |

**[INTENTIONAL PAGE BREAK – PART 4 REQUEST FOR RELIEF FOLLOWS]**

2

4891-3565-0862.v1

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioner or Petitioner's Representative | Attorneys for Petitioner |
|---|---|
| **Name and mailing address of petitioner** <br> Yuanye Shan <br><br> Name <br> 21-10 Chongshan East Road, 5-10-1 <br><br> Number Street <br> Shenyang      Liaoning China      110031 <br><br> City                State          ZIP Code <br><br> **Name and mailing address of petitioner's, if any** <br><br><br> Name <br><br><br> Number Street <br><br><br> City                State          ZIP Code | Printed Name <br><br> Firm name, if any <br><br> Number Street <br><br> City          State      ZIP Code <br><br> Contact Phone _____ Email _____ <br><br> Bar Number _____ <br><br> x_____ <br> Signature of attorney <br><br> Date signed _____ <br>               MM / DD / YYYY |

*I declare under the penalty of perjury that the foregoing true and correct.*

Executed on _____ August 22nd _____, 2022

x_YUANYE SHAN_ /s/ Yuanye Shan
Signature of petitioner or petitioner's representative, including representative's title

3

4891-3565-0862.v1