# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Statera Biopharma, Inc.,<br>    Alleged Debtor | Bankruptcy Case<br>No. 22-13051-JGR<br>Chapter 11 |

## ANSWER AND AFFIRMATIVE DEFENSES OF STATERA BIOPHARMA, INC. TO ALLEGED INVOLUNTARY PETITION

COMES NOW, alleged Debtor, Statera Biopharma, Inc. ("**Statera**") and files this answer to the allegations against it contained in the alleged Involuntary Petition Against a Non-Individual (Case No. 22-13051-JGR, Docket No. 1) under Chapter 11 of Title 11 of the United States Code (the "**Alleged Petition**"), filed on August 16, 2022 (the "**Petition Date**") by Petitioning Creditors. Statera responds to the paragraphs of the allegations in the Alleged Petition as follows.

1. Statera denies all allegations contained in the Alleged Petition which are not specifically admitted herein.

2. Statera admits the information contained in Part 2, Sections 2 and 5-9.

3. Statera denies and contests the amount and validity of the Petition Creditors' claims listed in Part 3, Section 13 of the Alleged Petition. Similarly Statera denies and contests the claims of the Joined Petitioning Creditors.

4. Statera denies that Petitioning Creditors are eligible to file this Alleged Petition pursuant to 11 U.S.C. § 303(b). To the extent Petitioning Creditors allege to have any claims against Statera, those claims are contingent as to liability and/or are the subject of a bona fide dispute as to liability or amount.

5. Statera denies that, as of the Petition Date, Statera was generally not paying its undisputed debts as they became due. An order for relief is not appropriate as a result.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE: STATERA GENERALLY PAYS ITS DEBTS AS THEY BECOME DUE

6. Statera denies Petitioning Creditors' assertion in Part 3, Section 11 of the Alleged Petition that Statera is "generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount."

7. Statera regularly pays its debts as they become due in the normal course of its business. Specifically, Statera's debts are paid in the manner that is ordinary for Statera and which Statera's creditors are accustomed to being paid by Statera, except as to claims which are subject to a bona fide dispute.

## COUNTERCLAIMS

### COUNTERCLAIM ONE:
### STATERA IS ENTITLED TO COSTS, ATTORNEYS' FEES, DAMAGES, AND A BOND

8. Statera is entitled to costs, attorneys' fees, and damages against the Petitioning Creditor under, inter alia, Section 303(i) of the Bankruptcy Code.

9. To the extent the Court enters an order dismissing the Alleged Petition, the Petitioning Creditors should be required to post a bond to indemnify Statera for such amounts as this Court may later allow under Section 303(i) of the Bankruptcy Code.

10. In the event the Court determines that the Alleged Petition was filed in bad faith, in accordance with Section 303(i)(2) of the Bankruptcy Code, Statera requests a trial on the amount of damages proximately caused by such filing and/or punitive damages.

### COUNTERCLAIM TWO: THE COURT SHOULD DISMISS THE ALLEGED PETITION UNDER 11 U.S.C. § 305(a), OR ABSTAIN FROM EXERCISING JURISDICTION

11. The Alleged Petition should be dismissed or the Court should abstain from exercising jurisdiction under Section 305(a) of the Bankruptcy Code as the chapter 11 case is not in the best interests of Statera and its creditors.

WHEREFORE, Statera respectfully requests that this Court dismiss the Alleged Petition with prejudice; declare the Alleged Petition null and void; and award Statera compensatory damages, punitive damages, attorneys' fees and costs, and a bond under Section 303(e) and (i) and other such relief at law or in equity as this Court may deem just and proper.

Respectfully submitted,

Dated: September 7, 2022

By: /s/ Keith M. Aurzada
Keith M. Aurzada (SBN 27595)
**REED SMITH LLP**
2850 N. Harwood, Suite 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
kaurzada@reedsmith.com

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2022 a true and correct copy of the foregoing pleading was served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above cases and as indicated herein.

By: /s/ Keith M. Aurzada
Keith M. Aurzada