# United States Bankruptcy Court
## District of Colorado

In re **Statera Biopharma, Inc.**  
Debtor(s)

Case No. **22-13051-JGR**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Statera Biopharma, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 7, 2022**  
Date

/s/ Keith M. Aurzada  
**Keith M. Aurzada (SBN 27595)**  
Signature of Attorney or Litigant  
Counsel for **Statera Biopharma, Inc.**  
**REED SMITH LLP**  
**2850 N. Harwood, Suite 1500**  
**Dallas, Texas 75201**  
**T: 469.680.4200**  
**F: 469.680.4299**  
**kaurzada@reedsmith.com**