# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>STATERA BIOPHARMA, INC.,<br>EIN: 20-0077155<br><br>　　Alleged Debtor. | Case No. 22-13051-JGR<br>Chapter 11, Involuntary |

## ORDER TO FILE REPLY

THIS MATTER comes before the Court upon the Answer and Affirmative Defenses of Statera Biopharma, Inc. to Alleged Involuntary Petition, filed on September 7, 2022 (Doc. 9), filed in response to the Involuntary Petition Against a Non-Individual, filed on August 16, 2022 (Doc. 1). The Court, having reviewed the pleadings, hereby

ORDERS, pursuant to Fed.R.Bankr.P. 1011(e), the petitioning creditors shall file a reply on or before **September 22, 2022.**

Dated this  7th  day of September, 2022.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge