## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STATERA BIOPHARMA, INC. ) | Case No. 22-13051-JGR |
| ) | |
| ) | Chapter 11 |
| Involuntary Debtor.[1] ) | |
| ) | |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE (Docket No. 64)

THIS MATTER, having come before the Court on the Unopposed Motion (the "**Motion**") of Noreen Griffin ("**Griffin**"), Peter Aronstam ("**Aronstam**"), Stephen Wilson ("**Wilson**"), Latitude Pharmaceuticals Inc. ("**Latitude**"), and PharPoint Research ("**PharPoint**," collectively with Griffin, Aronstam, Wilson and Latitude, the "**Petitioning Creditors**"), to Continue the scheduling conference set for March 16, 2023 and all upcoming deadlines (Docket No. 64), finding that notice of the Motion was appropriate, and having reviewed and considered any responses or objections thereto, hereby:

GRANTS the Motion; and

ORDERS that the scheduling conference currently set for March 16, 2023 is continued until _Tuesday, April 18_, 2023 at 2:00 p.m. by videoconference, and that the fact and expert discovery cutoff is continued until April 30, 2023.

Dated: March 14, 2023

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

---

[1] An involuntary petition was filed against Statera Biopharma, Inc. ("**Statera**"), on August 16, 2022 (the "**Petition**"). No order for relief has been entered against Statera.